**No. 47742.**—Protests 683078–G, etc., of Miller Bros. Hat Co., Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel that the merchandise consists of "8-Bu. paper hats," known as harvest hats, and that they are the same as those in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at only 25 percent ad valorem under paragraph 1504 (b) (5) was sustained.

**No. 47743.**—Protests 76711–K, etc., of American Merchandise Co. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), paperweights were held dutiable as household utensils at 40 percent under paragraph 339 as claimed. On the authority of Abstracts 38680 and 43372 savings banks and tape measures were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

**No. 47744.**—Protest 979744–G of E. J. Keller Co., Inc. (New York).

Opinion by Kincheloe, J. In accordance with stipulation of counsel and on the authority of *Green* v. *United States* (8 Cust. Ct. 173, C. D. 599), the claim for free entry under paragraph 1750 was sustained.

**No. 47745.**—Protests 643690–G, etc., of W. X. Huber Co. (Los Angeles).

Opinion by Kincheloe, J. Following *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) certain of the merchandise in question was held entitled to free entry under paragraph 1750 in accordance with the percentages of paper stock rags as set forth in schedule attached to stipulation entered into between counsel.

Before the Third Division, November 23, 1942

**No. 47746.**—Protest 974739–G(B) of H. S. Cramer & Co. (Tampa).

Opinion by Cline, J. The record showed that the corn feed meal in question contains bran and is used for animal feed, not for human consumption, and that it is a "by-product resulting from the extraction of corn meal for human consumption from the corn." Following *Pena & Flores Importing Co.* v. *United States* (T. D. 49052) the merchandise was held dutiable as "by-product feeds obtained in milling wheat or other cereals" at 10 percent ad valorem under paragraph 730 as claimed.